IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SANDRA R. PERRY<br><br>Plaintiff<br><br>v.<br><br>STATE OF MARYLAND *et al.*<br><br>Defendants | Civil Action No. 1:17-cv-03619-MJG |

## Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted

Allen J. Perdue, Defendant, by and through his attorneys, John K. Phoebus, Kristy M. Hickman, and Anthenelli, Phoebus & Hickman, LLC, moves this honorable Court to dismiss Plaintiff Sandra Perry's Complaint as to this Defendant for failure to State a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

1. Plaintiff Sandra Perry filed a complaint alleging that Defendant Allen Perdue and other co-defendants violated Title VII of the Civil Rights Act of 1964 and that they committed the state torts of civil conspiracy and intentional infliction of emotional distress.

2. Counts one, two, and three, which allege various violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, should be dismissed because Defendant Allen J. Perdue is not an employer and non-employers are not liable individually for alleged Title VII violations.

3. Count four, which alleges a Maryland state tort claim of civil conspiracy to violate Title VII, should be dismissed as to Defendant Allen J. Perdue, because, under Maryland law,

a person can only be liable for conspiring to commit an act that he has the capacity to commit. Because Defendant Allen J. Perdue is incapable, as a non-employer, of violating Title VII, he cannot be liable for conspiring with other defendants, even those so capably, to violate Title VII.

4. Count five, which alleges a Maryland state tort claim of intentional infliction of emotional distress, should be dismissed as to Defendant Allen J. Perdue, because the Plaintiff does not claim conduct by this Defendant that is extreme and outrageous causally related to several emotional distress.

5. All five of the counts, as to Defendant Allen J. Perdue, should be dismissed for failure to state a claim upon which relief can be granted.

6. Defendant Allen J. Perdue incorporates by reference the simultaneously filed Memorandum of Law in Support of Motion to Dismiss.

WHEREFORE, Defendant Allen J. Perdue respectfully requests that this honorable Court dismiss the Plaintiff's Complaint as to this Defendant, with prejudice, and for such other and further relief as the nature of this action may require.

/s/
John K. Phoebus, Bar Number 25169
ANTHENELLI, PHOEBUS & HICKMAN, LLC
134 East Main Street
P.O. Box 4366
Salisbury, Maryland 21803
tel. (410) 749-3700
fax (410) 749-7550
john@phoebuslaw.com

/s/
Kristy M. Hickman, Bar Number 13893

ANTHENELLI, PHOEBUS & HICKMAN, LLC
134 East Main Street
P.O. Box 4366
Salisbury, Maryland 21803
tel. (410) 749-3700
fax (410) 749-7550
khickman@phoebuslaw.com

Attorneys for Defendant Allen J. Perdue

Date: December 29, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2017, copies of the Defendant's Motion to Dismiss for Failure to State a Cause of Action, Memorandum of Law, and proposed order were served electronically via the CM/ECF system to:

James L. Otway, Esquire
Amy L. Taylor, Esquire
Otway Russo, P.C.
108 West Main Street
Salisbury, Maryland 21801
Attorneys for Plaintiffs

The Honorable Brian E. Frosh
Attorney General of Maryland
James N. Lewis, Esquire
Assistant Attorney General
Maryland Department of Health
300 West Preston Street, Ste. 302
Baltimore, Maryland 21201
Attorneys for Defendants State of Maryland, Maryland Department of Health, Deer's Head Hospital Center, Mary Beth Wade, Elizabeth Perdue, and Luanne Dashield

                                            `/s/`
                                    John K. Phoebus, Bar Number 25169