## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SANDRA R. PERRY

    Plaintiff

      v.

STATE OF MARYLAND *et al.*

    Defendants

Civil Action No. 1:17-cv-03619-MJG

## Order

Upon consideration of Defendant Allen J. Perdue's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, the Plaintiff's response thereto, if any, and any oral argument, it is this _____ day of _____, 2018, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Allen J. Perdue's Motion to Dismiss be, and the same hereby is, **GRANTED;**

**AND IT IS FURTHER ORDERED**, that the Plaintiff's Complaint be, and the same hereby is, **DISMISSED WITH PREJUDICE** as to Defendant Allen J. Perdue.

_____
The Honorable Marvin J. Garbis, Judge
United States District Court
  for the District of Maryland